UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO.: 5:24-cv-00222

CANDY MCCALL and CHRISTOPHE MCCALL,

    Plaintiffs,

vs.

NATIONWIDE GENERAL INSURANCE COMPANY,

    Defendant.

**PLAINTIFFS' FIRST AMENDED COMPLAINT**

COMES NOW Plaintiffs CANDY MCCALL and CHRISTOPHE MCCALL, by and through their undersigned counsel, and for their First Amended Complaint, in accordance with Fed. R. Civ. P. 15(a), files this First Amended Complaint with causes of action against Defendant NATIONWIDE GENERAL INSURANCE COMPANY, and Plaintiffs allege and state as follows:

**PARTIES, JURISDICTION & VENUE**

1. Plaintiff CANDY MCCALL is a citizen of the State of North Carolina and a resident of Iredell County, North Carolina.

2. Plaintiff CHRISTOPHE MCCALL is a citizen of the State of North Carolina and a resident of Iredell County, North Carolina.

3. Defendant NATIONWIDE GENERAL INSURANCE COMPANY, ("Nationwide") is a foreign corporation and authorized to conduct business as an insurance company in North Carolina within the Western District of North Carolina.

4. All allegations contained herein against Defendant Nationwide also refer to and include the principals, agents, employees and/or servants of said Defendant, either directly or vicariously, under the principles of corporate liability, the completed and accepted doctrine, apparent authority, agency, ostensible agency, and/or *respondeat superior*.

5. Jurisdiction is proper in this United States District Court pursuant to 28 U.S.C. § 1332(a)

6. Venue is proper in this United States District Court and Division pursuant to 28 U.S.C. § 1391(d).

**FACTS**

7. Plaintiff incorporates by reference the allegations contained in Paragraphs 1 through 6 as though fully set forth herein.

8. On or about June 16, 2022, Candy McCall and Christophe McCall maintained a policy or policies of insurance issued by Nationwide, providing coverage for the McCall residence, located at 147 Winter Flake Drive, Statesville, North Carolina ("Nationwide Policy").

9. On or about June 16, 2022, while the Nationwide Policy was in full force and effect, the McCall residence sustained a covered loss due to wind/hail damage.

10. Plaintiffs complied and performed all conditions precedent under the State Farm Policy for the recovery of benefits.

11. Defendant has refused to adequately pay for the benefits owed and due under the Nationwide Policy for the subject loss, to include but not limited to, labor costs, material costs, permit costs, overhead and profit and other amounts due to be proven at trial.

**FIRST CAUSE OF ACTION**
**(Breach of Contract)**

12. Plaintiffs incorporate by reference the allegations contained in Paragraphs 1 through 11 as though fully set forth herein.

13. The Nationwide Policy is a valid contract and Defendant Nationwide breached the contract by failing to adequately pay for the benefits owed and due under the Nationwide Policy for the subject loss, to include but not limited to, labor costs, material costs, permit costs, overhead and profit and other amounts due, to be proven at trial.

14. As a result of Defendant Nationwide's breaches of the contract, Plaintiffs incurred damages in excess of $75,000.00.

**SECOND CAUSE OF ACTION**
**(Declaratory Relief)**

15. Plaintiffs incorporate by reference the allegations contained in Paragraphs 1 through 14 as though fully set forth herein.

16. Plaintiffs seek declaratory relief and an Order from the Court for:

    a. Declaratory judgment regarding Defendant's obligations under the Policy;

b. Declaratory judgment for Plaintiffs ordering Defendant to pay all covered losses, costs of repair, remediation, overhead and profit and any and all other amounts payable to Plaintiff per the policy and applicable North Carolina statutes and regulations;

c. Declaratory judgment for Plaintiffs ordering Defendants to pay for all additional costs in order for compliance with building health and safety regulations and codes; and

d. For such other and further declaratory relief as may be identified during discovery and as the Court may order.

WHEREFORE, Plaintiffs respectfully pray the Court for relief as follows:

A. Damages in excess of $75,000.00;
B. Attorney fees and taxable costs;
C. Trial by jury;
D. Declaratory judgment; and
E. For such other and further relief the Court deems just and proper.

Dated: January 6, 2024

/s/ David J Martin
_____
David J. Martin, Esq.
Attorney for Plaintiff
N.C. Bar No.: 40309
2120 E. Firetower Rd, Suite 107-44
Greenville, NC 27858
984-298-5470
david@martinfirm.law